# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 12, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158641(21)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

CLYDE LAND INVESTMENT,
            Plaintiff-Appellee,

v

TOWNSHIP OF HARTLAND,
            Defendant-Appellant.

_____/

SC: 158641
COA: 342219
Livingston CC: 2014-028152-CK

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED.  The reply will be accepted as timely filed if submitted on or before May 17, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 12, 2019



Clerk